**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
_Pensacola_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

_ALLEN WRIGHT_,

Inmate # _089501_.
(Enter full name of Plaintiff)

vs.

CASE NO: _3:18cv330-MCR-CJK_
(To be assigned by Clerk)

_Julia Jones - Secretary Dept. of Corr._,

_Dr. LUIS Lopes - Rivera / CHO_,

_Centurion of Florida - Medical Provider_,

_E. Guy - Food Service Director_,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**Provided to**
**Okaloosa Correctional Institution**
on _2-27-18_
for mailing, by _Allen Wright_

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:      <u>Allen Wright</u>

Inmate Number         <u>089501</u>

Prison or Jail:            <u>Okaloosa Correctional Institution</u>

Mailing address:        <u>3189 Colonel Greg Malloy Road</u>

<u>Crestview, FL 32539-6708</u>

## II.   DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1)   Defendant's name:      <u>Julia Jones</u>

Official position:       <u>Secretary Dept. of Corr.</u>

Employed at:            <u>Florida Dept. of Corr, State of Florida</u>

Mailing address:       <u>501 S. Calhoun St.</u>

<u>Tallahassee, FL 32399</u>

(2)   Defendant's name:      <u>Dr. Luis Lopez-Rivera / CHO</u>

Official position:       <u>Physician Dept. of Corr.</u>

Employed at:            <u>Okaloosa Correctional Institution</u>

Mailing address:       <u>3189 Colonel Greg Malloy Road</u>

<u>Crestview, FL 32539-6708</u>

(3)   Defendant's name:      <u>Centurion of Florida</u>

Official position:       <u>Medical Provider for Dept. Corr.</u>

Employed at:            <u>Centurion of Florida</u>

Mailing address:       <u>3600 Cobb International N.W.</u>

<u>Kennesaw, GA 30152</u>

## **ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

DEFENDANTS (Continued)

(4) Defendants Name: Erin Guy
    Official Position : Food Service Director (D.O.C.)
    Employed at     : Okaloosa Correctional Institution
    Mailing Address : 3189 Colonel Greg Malloy Road
                      Crestview, FL 32539-6708

(5) Defendants Name: _____
    Official Position : _____
    Employed at      : _____
    Mailing Address  : _____
                       _____

2A

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
     Yes(  )                    No(✗)

1.   Parties to previous action:
     (a)   Plaintiff(s): _____
     (b)   Defendant(s): _____
2.   Name of judge: _____          Case #: _____
3.   County and judicial circuit: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

     Yes(  )                    No(✗)

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____          Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )                          No(✗)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.   Plaintiff(s): _____
   
   b.   Defendant(s): _____

2. District and judicial division: _____

3. Name of judge: _____   Case #: _____

4. Approximate filing date: _____

5. If not still pending, date of dismissal: _____

6. Reason for dismissal: _____

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )                          No(✗)

1. Parties to previous action:
   a.   Plaintiff(s): _____
   
   b.   Defendant(s): _____

2. District and judicial division: _____

3. Name of judge: _____   Case Docket # _____

4. Approximate filing date: _____   Dismissal date: _____

5. Reason for dismissal: _____

4

6.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

I am an Insulin dependant Diabetic, and I have been medically prescribed 2800 Calorie Diet. This diet, which should contain foods that are low in sugar and Carbohydrates, does not, and contains White Bread, White Rice, White Potatoes, and Pasta, along with processed Apple Sauce as opposed to fresh fruit. This diet also does not Contain any real Meat (with the exception of once or twice a week with a chicken leg quarter and processed breaded fish patty). The Majority of Meat served is made from processed Soy (or T.V.P, Textured Vegetable Protien). These foods are harming my body in that I am unable to properly maintain effective blood sugar levels or an appropriate A1C from eating these foods. If I eat the diet served (the same food as the regular diet) my blood sugar levels range dangerously too high, which forces me to have to pick out what I could get away with eating, in which case drives my blood sugar levels dangerously too low. These blood sugar levels are well documented in my D.O.C. Medical file as I am on Accu Check three times per day. I have also had to declare Medical Emergency multiple times due to extremely low blood sugar levels. Beginning on 7-11-17 at Santa Rosa Correctional Institute Annex I started the Grievance process in regard to the aforementioned dietary Concern, explaining in great detail the medical diagnosis of Diabetes along with the effects of the improper foods being served. E. Guy (Food Service Director) responded by stating, "... All Food is prepared per the Master Menu to include diets. The Menu is set by Central office and I may not Change it...". Absolutely no effort was made to aid in getting the proper foods for the 2800 Calorie Diet. Then, Six days later, on 7-17-17 I grieved the same topic to Ms. Brown at Medical, her response was no better. She stated, "Per Doc policy, you are on the appropriate diet for your diagnosis." Again I received no aid in solving this problem. I was then transfered to Okaloosa Correctional Institution in Crestview, Florida, where I found that the problem Still existed with the diet.

On 8-20-17 I once again grieved the dietary problem to Ms. Moore at Medical, once again explaining My Medical Diagnosis of Diabetes and the problem with the 2800 Calorie Diet prescribed by Medical and the improper food served therein. Her response was to direct My grievance to the Food Service Director (Then Mr. Perez). So in an effort to exhaust all remedies I grieved the issue to food service on 8-31-17 to Food Service Director Mr. Perez (informal grievance Number 115-1708-0308). Mr. Perez responded by saying, "Okaloosa Food Service Dept follows all department rules and Policies in regard to preparing Meals set forth by the Master Menu Committee and FDC." I then grieved My Situation to the Warden (Grievance Number 1709-115-065) explaining the aforementioned to him in great detail outlining the circumstances surrounding My Medical Diagnosis of Diabetes and the 2800 Calorie Diet and the lack of proper foods served, along with the fact that the insulin I receive has been raised three different times since I entered D.O.C. on 3-28-17, and that if I were to eat the proper foods the extra insulin would not be needed, thus a Modification of the 2800 Calorie diet to having the proper foods would Correct the problem. Assistant Warden Courtney denied the grievance Saying, "the Food Service department abides by all policies and procedures of the department in preparing Meals according to the Master Menu which is approved by an FDC diatician. The Food Service department Cannot Modify your diet, that must be addressed by the Medical department." Then I grieved to the Secretary of DOC, once again explaining My dilema (Grievance Number 17-6-41616), again in great detail. On 11-28-17 T. Bowden denied the grievance stating (in part), "... if you have Concerns with the Theraputic Diet order written by Health Services he should address it with Health Services." Not one person in either Food Service, Health Services, Wardens Office, or the Secretary of DOC's office is willing to take responsibility for the aforementioned problem with the 2800 Calorie Diet and the lack of proper food. This Can only be Seen as blatant Deliberate Indifference because all parties are aware of My Medical Diagnosis of Diabetes and yet they refuse to rectify the situation. The dangerously high blood sugars are the Cause of My having to Use Cathedars to empty my bladder. Medical (Namely Dr. Lopez) says they Cannot get involved with Food Service and Food Service says that Medical has to Make the required Changes. My health is progressively getting worse and no one is helping to Cure the problem.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My rights as outlined by the American Disability Act have been violated, along with the 8ᵀᴴ Amendment of the United States Constitution (Cruel and Unusual Punishment).

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

I seek to have the 2800 Calorie diet to be changed to the proper dietary requirements for Diabetics, along with the sum of $500,000ᵒᵒ dollars for Medical damages caused by the deliberate indifference shown by Department of Corrections, along with any and all other relief deemed appropriate by this Honorable Court.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

2-26-18
(Date)

(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the  26  day of  FEBRUARY  , 20 18 .

(Signature of Plaintiff)

Revised 03/07

7

NAME: *Allen Wright*

D.C. # 099501   DORM: B1-133L

Okaloosa Correctional Institution

3189 Col. Greg Malloy Rd.

Crestview, Florida 32539-6708

Mailed from a State
Correctional Institution
OKACI

U.S POSTAGE ≫ PITNEY BOWES

ZIP 32539 $ 001.21
02.4M
0000348945 FEB 28 20

CHECKED MAR 1 - 2018

Clerk, U.S. District Court
1 North Palafox Street
Room 226
Pensacola, FLORIDA 32502-5658

LEGAL MAIL

Provided to
Okaloosa Correctional Institution
on 2-27-18
for mailing, by