UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALLEN WRIGHT,

    Plaintiff,

v.                                                          CASE NO. 3:18cv330-MCR-HTC

MARK S. INCH, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 26, 2019. ECF No. 28. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants Inch and Guy's Motion to Dismiss, ECF No. 19, is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiff's ADA claim against Defendants is **DISMISSED WITH PREJUDICE**.

4. Plaintiff's Eighth Amendment individual capacity claim against Defendant Inch is **DISMISSED WITH PREJUDICE**.

5. Defendants' Motion to Dismiss Plaintiff's Eighth Amendment claim for injunctive relief against them in their official capacities is **DENIED**.

6. Defendant's Motion to Dismiss Plaintiff's Eighth Amendment individual capacity claim against Defendant Guy is **DENIED**.

7. This matter is referred to the assigned Magistrate Judge for further proceedings on Plaintiff's Eighth Amendment individual and official capacity claim against Defendant Guy and Plaintiff's Eighth Amendment official capacity claim against Defendant Inch.

**DONE AND ORDERED** this 26th day of April 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**